Court of Appeals Docket No. 17-50197

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,
*Plaintiff - Appellee,*

v.

NERSES NICK BRONSOZIAN
*Defendant - Appellant,*

_____

On Appeal from the Judgment of the United States District Court for the Central District of California, Case No. 2:16-cr-00196-SVW-1
Honorable Stephen V. Wilson

_____

## NERSES NICK BRONSOZIAN'S SUPPLEMENTAL BRIEF ON REMAND FROM THE SUPREME COURT

_____

John L. Littrell, State Bar No. 221601
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701
jlittrell@bienertkatzman.com
On CJA Appointment

Attorneys for Defendant
NERSES NICK BRONSOZIAN

**TABLE OF CONTENTS**

I.	SUPPLEMENTAL BRIEF……………………….…………1

## TABLE OF AUTHORITIES

**Case(s)**                                                                 **Page(s)**

*Rinaldi v. United States*,
    434 U.S. 22 (1977)…………………………………….1

Mr. Bronsozian respectfully concurs with the position set forth in the Government's Supplemental Brief on Remand from the Supreme Court, Dkt. No. 61.  This Court should remand this case to the district court with instructions that the judgment be vacated, and the indictment be dismissed. *See Rinaldi v. United States*, 434 U.S. 22, 32 (1977).

Dated:  June 12, 2020          BIENERT | KATZMAN  PC

                               By: */s/ John L. Littrell*
                                   John L. Littrell

                                   Attorneys for Defendant
                                   NERSES NICK BRONSOZIAN

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I electronically filed NERSES NICK BRONSOZIAN'S SUPPLEMENTAL BRIEF ON REMAND FROM THE SUPREME COURT with the Clerk of the Court using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: June 12, 2020                          */s/ John L. Littrell*
                                              John L. Littrell

                                              Attorney for Appellant
                                              Nerses Nick Bronsozian